In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-04-329 CV


____________________



TRUGREEN LANDCARE, L.L.C. AND JOE MONSEBAIZ, Appellants



V.



ROGELIO TORRES AND MARIA TORRES, Appellees






On Appeal from the 136th District Court


Jefferson County, Texas


Trial Cause No. D-170181






MEMORANDUM OPINION (1)


 TruGreen LandCare, L.L.C. and Joe Monsebaiz, appellants, filed a motion to
dismiss this appeal. The Court finds that this motion is voluntarily made by the appellants
prior to any decision of this Court and should be granted. Tex. R. App. p. 42.1(a)(1). No
other party filed a notice of appeal.


 It is, therefore, ORDERED that the motion to dismiss be granted and the appeal is
therefore DISMISSED. 


 PER CURIAM


Opinion Delivered August 26, 2004 

Before McKeithen, C.J., Burgess and Gaultney, JJ.
1. Tex. R. App. P. 47.4.